UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE TAVAREZ GUZMAN,

                    Plaintiff,                         20 **CIVIL** 7420 (JMF)

       -against-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2022, the parties have waived the right to object to the Report and Recommendation or to obtain appellate review. See Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); see also Caidor v. Onondaga County, 517 F.3d 601 (2d Cir. 2008). Despite the waiver, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. The Report and Recommendation is ADOPTED in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York
           June 28, 2022

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                     **BY:**  *K. Mango*

                                                           **Deputy Clerk**